# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIAM HEATH FRENCH,<br>ADC #652854,<br><br>　　　　　Petitioner,<br>v.<br><br>DEXTER PAYNE, Director,<br>Arkansas Division of Correction,<br><br>　　　　　Respondent. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:22-cv-00531-JJV |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 25th day of October 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE